IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EARL WEAVER,

        Plaintiff,                      No. CIV S-07-1050 MCE EFB P

    vs.

WARDEN D. K. SISTO, et al.,

        Defendants.            ORDER

/

       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 27, 2007, the court reviewed plaintiff's complaint pursuant to 28 U.S.C. § 1915A, found that plaintiff failed to state a cognizable claim against any defendant, and dismissed the complaint with leave to amend. Plaintiff failed to file an amended complaint. Accordingly, on September 24, 2007, the court recommended that this action be dismissed for plaintiff's failure to state a claim upon which relief can be granted. Plaintiff has filed objections, asserting that he is extremely ill and that he can state a claim for relief.

       The court finds that in the interest of justice, plaintiff should have one more opportunity to file an amended complaint. Plaintiff is cautioned that the July 27, 2007, identifies the complaint's deficiencies, and he must cure them in order to proceed with this action.

////

1

1   Plaintiff has also requested appointment of counsel. District courts lack authority to
2 require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States*
3 *Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request
4 counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935
5 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).
6 The court finds that there are no exceptional circumstances in this case.
7   Accordingly, it is ORDERED that:
8   1. The September 24, 2007, findings and recommendations are vacated;
9   2. Plaintiff has 30 days from the date this order is served to file an amended complaint.
10 Plaintiff's failure to timely file an amended complaint will again result in a recommendation that
11 this action be dismissed; and
12   3. Plaintiff's October 3, 2007, request for the appointment of counsel is denied.
13 Dated: November 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE