IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EARL WEAVER,

      Plaintiff,                     No. CIV S-07-1050 MCE EFB P

  vs.

D. K. SISTO, et al.,

      Defendants.            FINDINGS AND RECOMMENDATIONS

      Plaintiff is a prisoner, without counsel, suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 27, 2007, the court dismissed plaintiff's complaint for failure to state a cognizable claim against any defendant. The dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed for failure to state a claim. Plaintiff failed to file an amended complaint. On September 24, 2007, the court recommended that this action be dismissed for plaintiff's failure to state a claim upon which relief can be granted. After plaintiff filed objections on October 3, 2007, the court found that plaintiff should be afforded one final opportunity to file an amended complaint, vacated the September 24, 2007, findings and recommendations and gave plaintiff 30 days to file an amended complaint. The order once again

1

1  contained the admonition that failure to timely file the amended complaint would result in a
2  recommendation that this action be dismissed.
3      The 30-day period has expired and plaintiff has not filed an amended complaint or
4  otherwise responded to the court's order.[1]
5      Accordingly, it is hereby RECOMMENDED that this action be dismissed for failure to
6  state a claim.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).
7      These findings and recommendations are submitted to the United States District Judge
8  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
9  after being served with these findings and recommendations, any party may file written
10 objections with the court and serve a copy on all parties.  Such a document should be captioned
11 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
12 within the specified time may waive the right to appeal the District Court's order.  *Turner v.*
13 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
14 Dated: January 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.